UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMX INTERNATIONAL, INC., an Idaho corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>BATTELLE ENERGY ALLIANCE, LLC, a Delaware limited liability company,<br><br>        Defendant. | Case No. 1:09-CV-210-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendant and that this case be DISMISSED IN ITS ENTIRETY.

DATED: **October 8, 2010**

B. LYNN WINMILL
Chief Judge U.S. District Court

JUDGEMENT- 1